**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JOHN KRALJEVICH

Plaintiff(s),

- against -

COURSER ATHLETICS, INC. ET AL.

Defendant(s),
-------------------------------------------------------------X

21 ____ **Civ.** 09168 ___(PKC)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, do hereby certify that this action was commenced on
NOV. 5, 2021 _____ with the filing of a summons and complaint, a copy of the summons and
complaint was served on defendant(s) MICHAEL PETRY and LAURIE SPIRO _____
by personally serving Julien Mahabir, DOORMAN _____,
*and proof of service was therefore filed on* DEC. 6, 2021 _____*, Doc. #(s)* 22, 23 _____.
I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

_February 3_____, **20** 22

**RUBY J. KRAJICK**
**Clerk of Court**

By: _David J. _____

**Deputy Clerk**