UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN KRALJEVICH,

                                                                                            21-cv-9168 (PKC)

     -against-

                                                                                           ORDER

COURSER ATHLETICS, INC., et al.,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference currently scheduled for June 8, 2022 at 10:30 AM is adjourned to August 25, 2022 at 10:30 AM.  The conference will be held telephonically (Dial-in: 1-888-363-4749; Access code: 3667981).

       SO ORDERED.

                                                                            P. Kevin Castel
                                                                United States District Judge

Dated:  New York, New York
           June 2, 2022